UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JAN 1 5 2019
JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

UNITED STATES
V.
ANGEL CHAPOTIN CARRILLO.

CASE NO: 4:16CR00124-07 BRW

Petition for All Judicial Transcripts Relevant To This Case.

I am kindly asking this Honorable Court to send me all relevant transcripts of this case. I am trying to prepare for post-conviction motions. I am indigent and cannot afford to pay for the relevant transcripts. I thank you in advance for your kind consideration.

Angel Chapotin Carrillo.

Date:

ANGEL CHAPOTIN CARRILLO
15967-104
PO BOX 1600
WASHINGTON MS 39190

RICHARD SHEPPARD ARNOLD US COURTHOUSE
600 WEST CAPITOL AVENUE
LITTLE ROCK AR 72201